**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000668
20-FEB-2013
08:19 AM**

NO. CAAP-12-0000668

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
ANDREW JOY, Defendant-Appellee,
and
EXODUS BAIL BONDS, Real Party in Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-199)

ORDER DENYING THE FEBRUARY 15, 2013 MOTION FOR
RECONSIDERATION OF APPEAL AND TO SET ASIDE DISMISSAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Motion for Reconsideration of
Appeal and to Set Aside Dismissal, filed on February 15, 2013, by
Real Party in Interest-Appellant Exodus Bail Bond, through
counsel Anthony T. Fujii, Esq., which the court will construe as
a motion for reconsideration of the February 6, 2013 order
dismissing the appeal, the papers in support, and the records and
files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, February 20, 2013.

Chief Judge

Associate Judge

Associate Judge